```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 43203
   CARL GLINSEY
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-8614
```

---
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/03/05 and confirmed on 12/23/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 22638.52 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 351.03 | .00 | 351.03 |
| WESTGATE RESORTS | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| MONTEREY FINANCIAL SVCS | SECURED | 1473.00 | 100.25 | 1473.00 |
| ASPIRE VISA | UNSECURED | 504.82 | .00 | 504.82 |
| SYSTEMS & SERVICES TECH | UNSECURED - C | .00 | .00 | .00 |
| CORPORATE AMERICA CREDIT | UNSECURED | 1435.21 | .00 | 1435.21 |
| ECONOMY FURNTURE | SECURED | 2472.84 | 168.29 | 2472.84 |
| GREAT AMERICAN FINANCE | SECURED | 1146.34 | 78.03 | 1146.34 |
| HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 387.28 | .00 | 387.28 |
| MERRICK BANK | UNSECURED | 785.64 | .00 | 785.64 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| SHORT TERM LOANS LLC | UNSECURED | 1140.77 | .00 | 1140.77 |
| MONTEREY FINANCIAL SVCS | UNSECURED | 570.82 | .00 | 570.82 |
| CAPITAL ONE BANK | UNSECURED | 1991.27 | .00 | 1991.27 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 5443.21 | .00 | 6815.81 | .00 | 12259.02 |
| PRINCIPAL PAID | 5443.21 | .00 | 6815.81 | .00 | 12259.02 |
| INTEREST PAID | 346.57 | .00 | .00 | .00 | 346.57 |
| TOTAL PAID | 5789.78 | .00 | 6815.81 | .00 | 12605.59 |

The Debtor's attorney, DAVID M SIEGEL               , was allowed $ 2700.00 and was paid $    456.00  direct and $   2244.00  through the plan.

The Trustee received $     526.05 .

Refunds to the Debtor totaled $   7262.88 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/10/08                            /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE